No. 83–6921. HERRING v. FLORIDA. Sup. Ct. Fla.;

No. 83–6991. HERNANDEZ v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir.; and

No. 84–5451. CARD v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 83–6921, 446 So. 2d 1049; No. 84–5451, 453 So. 2d 17.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 84–252. SHAVERS v. WALTER E. HELLER & CO. C. A. 5th Cir. Motion of respondent for damages denied. Certiorari denied. ▮▮▮▮▮▮▮▮